## MATTER OF COULSON.

### PETITION FOR WRIT OF HABEAS CORPUS AND WRIT OF CERTIORARI.

Original.   Submitted November 2, 1908.—Decided November 9, 1908.

Leave to file petition for writ of *habeas corpus* by person sentenced by Supreme Court of the Canal Zone denied.

*Mr. Moorfield Storey* for petitioner.

*The Solicitor General,* by leave of the court, filed a brief in opposition.

*Per Curiam:* Motion for leave to file a petition for writs of *habeas corpus* and certiorari denied.